**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**TEFSA KAHSAI DIRAR,**

**Petitioner,**

**v.**

**LOUIS STENDER, Warden,**

**Respondent.**

**Civil No. 01-466 (JMR/SRN)**

**ORDER**

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated October 22, 2001. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Petitioner's application for a writ of habeas corpus, (Docket No. 1), is **DENIED**; and

2. This action is **DISMISSED WITH PREJUDICE**.

DATED: December 24th, 2001.

Chief Judge James M. Rosenbaum
United States District Court Judge

FILED
RICHARD D. SLETTEN, CLERK
DEC 27 2001
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS